# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE NORTHERN DISTRICT OF MISSISSIPPI

RE:                                                              BANKRUPTCY NO: 23-10319-SDM
**RAY RANDLE**
**139 LENOIR LN**
**PRAIRIE, MS  39756-9347**

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Todd S. Johns, the duly appointed and qualified Standing **TRUSTEE** in the above cause, and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the depicted due date, the Chapter 13 proceeding of the above **DEBTOR** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**Respectfully Submitted on FEBRUARY 28, 2024.**        /S/ TODD S. JOHNS
                                                        CHAPTER 13 TRUSTEE
                                                        PO BOX 1326
                                                        BRANDON MS 39043
                                                        601-825-7663

**AMOUNT DUE**:  **$2415.00**
(includes amount past due through FEBRUARY, plus accruing payments due for MARCH 2024).

**DATE DUE: MARCH 21, 2024.**

## CERTIFICATE OF SERVICE

I, Todd S. Johns, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I caused to be delivered, either electronically or via U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

**DATED**:  FEBRUARY 28, 2024.                    /s/ TODD S. JOHNS, CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY                                 PLEASE SEND PAYMENTS ONLY TO:
MAYFIELD LAW FIRM
P O BOX 9                                         **Chapter 13 Trustee**
TUPELO, MS 38793                                  **P.O. Box 1985**
                                                  **Memphis, TN, 38101-1985**